IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 5464 |
| | ) | |
| CCH TRUCKING, L.L.C., an Illinois limited liability company, | ) | JUDGE ELAINE E. BUCKLO |
| | ) | |
| Defendant. | ) | |

**<u>MOTION FOR ENTRY OF JUDGMENT</u>**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on January 16, 2009, request this Court enter judgment against Defendant, CCH TRUCKING, L.L.C., an Illinois limited liability company. In support of that Motion, Plaintiffs state:

1. On January 16, 2009, this Court granted Plaintiffs' oral motion for entry of default against Defendant and set this matter for prove-up on January 30, 2009.

2. On September 24, 2008, Plaintiffs filed the instant litigation against Defendant to recover delinquent fringe benefit contribution reports, contributions, liquidated damages, interest, attorneys' fees and costs for the time period May 2008 forward.

3. Defendant has submitted monthly contribution reports to the Plaintiffs identifying employees of the Defendant who performed work covered by the collective bargaining agreement, and the number of hours worked by or paid to those employees for the months of May 2008 through October 2008. The payment of the fringe benefit contributions due thereon was untimely submitted. Pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against the

Defendant in the amount of twenty (20%) percent of all contributions due which were paid late, for the above-stated months, in the total amount of $1,010.87 (See Affidavit of Terrence J. Hancock).

4. In addition, Plaintiffs' firm has incurred costs of $435.00 and $2,411.25 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $3,857.12.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $3,857.12.

/s/ Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\CCH Trucking\#20989\motion for entry of judgment.bpa.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 23rd day of January 2009:

        Mr. George P. Korbakes, Registered Agent
        CCH Trucking, L.L.C.
        940 S. Frontage Road, Suite 1600
        Woodridge, IL   60517

        Mr. Kevin Mulrenin
        CCH Trucking, L.L.C.
        4240 W. 100th Street
        Oak Lawn, IL   60453

        /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\CCH Trucking\#20989\motion for entry of judgment.bpa.df.wpd